BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900





FILED
JUN 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

)
The premises at 1251 Pleasant ) CASE NO. 2:11-SW-270 EFB
Grove Road, Rio Oso, California, )
including all greenhouses, all ) ORDER RE: REQUEST TO SEAL
buildings, all storage areas, ) DOCUMENTS
all trash receptacles, and the )
entire grounds and yards. ) **UNDER SEAL**
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT the search warrant and search warrant affidavit in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant, including sworn affidavit, will be left at the scene of the search.

IT IS SO ORDERED.

Date: June __, 2011

_____
EDMUND F. BRENNAN
United States Magistrate Judge