```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2772
```



FILED
JUN 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF THE PREMISES LOCATED AT 1251 PLEASANT VALLEY ROAD, RIO OSO, CALIFORNIA, ETC.... | CASE NO. 2:11-SW-270 EFB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A DESTRUCTION ORDER<br><br>Court: Hon. Edmund F. Brennan |

The Court having received, read, and considered plaintiff United States of America's <u>ex parte</u> motion for an order authorizing the immediate and complete destruction of approximately 3,305 marijuana plants and all other marijuana plant material, such as leaves, stems, and branches, seized on or about June 21, 2011, pursuant to Search Warrant 2:11-SW-270 EFB issued on June 20, 2011, with the exception of at least four random samples of marijuana plants to be preserved for evidentiary purposes, and good cause appearing therefrom,

The Court hereby grants the motion and orders that, pursuant to 21 U.S.C. Section 881(g), the United States Drug Enforcement Administration may immediately and completely destroy all marijuana

\\\
\\\

1

1 seized in this case, with the exception of at least four random
2 samples of marijuana plants to be preserved for evidentiary
3 purposes.

5 Dated:  June 23, 2011.

EDMOND F. BRENNAN
United States Magistrate Judge