```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```



```
                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


IN THE MATTER OF THE SEARCH OF:   )   S.W. NO. 2:11-sw-270 EFB
                                  )
The premises at 1251 Pleasant     )
Grove Road, Rio Oso, California,  )
including the residence, garage,  )   ORDER UNSEALING SEARCH WARRANT
all storage areas, all trash      )   AND SEARCH WARRANT AFFIDAVIT
receptacles, and the entire       )
grounds and yards.                )
                                  )
                                  )
```

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 7, 2011

_/s/ Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge